JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IN RE ELENA SIDECO DIRIGE | Case No. EDCV 16-0819 AG |
| | **JUDGMENT** |

The Court enters Judgment in favor of Appellant Elena Sideco Dirige and against

Appellee United States of America.

Dated August 4, 2016

_____

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT