UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| IN RE ELENA SIDECO DIRIGE | Case No. EDCV 16-0819 AG |
|---|---|
| | **AMENDED JUDGMENT** |

The Court enters Judgment against Appellant Elena Sideco Dirige and in favor of Appellee United States of America.

Dated August 05, 2016

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT